# Exhibit A

## STATEMENT OF ACCOUNT

| | |
|---|---|
| **Defendant:** | Reilly Glazing, Inc. |
| **Bankruptcy Case:** | Scungio Borst & Associates, LLC; Case No. 22-10609(AMC) (Bankr. EDPA) |
| **Preference Period:** | December 11, 2021 - March 11, 2022 |

| Transfer Date | Transfer Amount | Check Number | Debtor Account |
|---|---|---|---|
| 1/27/2022 | $32,385.60 | 13066 | 1003 TD Bank - Checking |

| | |
|---|---|
| **Total:** | $32,385.60 |

4882-6898-1668 v1